**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2104

In Re:  LISA ANNETTE BROADNAX,

Debtor,

-----------------------------

LISA ANNETTE BROADNAX,

Debtor - Appellant,

versus

HOMESIDE LENDING, INCORPORATED,

Creditor - Appellee,

and

DEBERA F. CONLON, Trustee; FRANK J. SANTORO,
Trustee,

Parties in Interest.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-03-319-2; BK-02-72575-DHA)

Submitted:  December 18, 2003       Decided:  January 15, 2004

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa Annette Broadnax, Appellant Pro Se.  Steven Roy Zahn,
MCGUIREWOODS, L.L.P., Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa Annette Broadnax appeals from the district court's order dismissing as interlocutory her appeal from a bankruptcy court order entered on March 18, 2003. Our review of the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Broadnax v. Homeside Lending, Inc.</u>, Nos. CA-03-319-2; BK-02-72575-DHA (E.D. Va. Aug. 4, 2003). We deny Broadnax's motions to supplement the record and for judicial review and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>